UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-00186-FL-1

| UNITED STATES OF AMERICA | |
| v. | **ORDER** |
| DONTE LAMONT JOHNSON | |

This matter is before the Court on the defendant's unopposed Motion to Reschedule the Trial.

For good cause shown, it is hereby ORDERED that trial in this matter is reset to commence on June 17, 2019. It is further ORDERED that proposed jury instructions and voir are now due by June 10, 2019.

This Court has determined that the ends of justice served by granting this motion outweigh the best interests of the public and the defendant in a speedy trial. As such, the delay occasioned by this continuance shall be excluded in computing the defendant's speedy trial time. *See* 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

This 15th day of February, 2019.

LOUISE W. FLANAGAN
United States District Judge