> **Motion GRANTED.**
>
> This the  26th day of  September , 20 19 .
>
> /s/Louise W. Flanagan, U.S. District Judge

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:18-CR-186-FL

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DONTE LAMONT JOHNSON | JOINT STATUS REPORT REGARDING RECEIPT OF ADDITIONAL DISCOVERY MATERIALS |

Counsel for Mr. Johnson and counsel for the Government hereby submit this joint status report in response to this Court's text order of September 19, 2019.

1. On September 5, 2019, Mr. Johnson filed a Motion for Extension of Time to File Pretrial Motions until twenty-one days from receipt of additional discovery materials, which the Government indicated were forthcoming.

2. The motion was granted that day and the Court directed defense counsel to file a notice with the Court upon receipt of supplemental discovery so the Court could set a pretrial motions deadline. DE 109.

3. Undersigned counsel received additional discovery materials via interoffice courier on September 20, 2019 at 4:24 P.M.

4. Upon processing the discovery on Monday, September 23, 2019, counsel for Mr. Johnson discovered technical difficulties that made the audio/video discs provided by the Government unreviewable. Both parties are working together to resolve the issue so it can be viewed by defense counsel and Mr. Johnson.

5. In light of these technical issues, defense counsel and counsel for the Government jointly request that the pretrial motions deadline be set for October 25, 2019, with