IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-186-FL-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| DONTE LAMONT JOHNSON, ) | |
| ) | |
| Defendant. ) | |

Pursuant to Standing Order 20-SO-5 entered March 18, 2020, trial in the above-captioned case previously scheduled to commence April 20, 2020, has been CONTINUED, and the court resets trial in this matter to commence **June 1, 2020, at 1:00 p.m.** The court confirms that the ends of justice served by this continuance outweighs the best interests of the public and defendant's right to a speedy trial. Therefore, the delay occasioned by the continuance is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). All other case deadlines and requirements not altered herein, including the **March 30, 2020,** deadline for motions in limine, draft jury instructions, and proposed voir dire, as ordered by the court on December 9, 2019, shall remain in full force and effect.

SO ORDERED, this the 23rd day of March, 2020.

LOUISE W. FLANAGAN
United States District Judge